NO. 01-13-00908-CR

NO. 01-13-00909-CR

| THE STATE OF TEXAS | § | FIRST COURT OF APPEALS |
| v | § | HOUSTON DIVISION |
| KWARTENG, MICHAEL | § | HARRIS COUNTY, TEXAS |

NOTICE OF APPOINTED

LAWYERS MOTION TO WITHDRAW

FILED IN
1ST COURT OF APPEALS
HOUSTON, TEXAS

FEB - 9 2015

CHRISTOPHER A. PRINE
CLERK

TO THE HONORABLE JUSTICES OF SAID COURT:

Comes now Defendant KWARTENG, MICHAEL, and showing the court that appointed counsel EMILY DETOTO on FEBRUARY 2ND 2015, decided to withdraw. Notice was received on FEBRUARY 4TH, 2015.

I hereby pray, and request another counsel for my brief on my appeal from The FIRST COURT OF APPEALS, Since I, KWARTENG MICHAEL has not been denied.

I, KWARTENG, MICHAEL, humbly asks The Court to grant me this request, So as to file a brief for my appeal by a newly appointed counsel, Since previous counsel withdrew, Or extended time to file a pro se responsive brief, which I would rather leave in The hands of an adroit Counsel.

NAME: KWARTENG, MICHAEL

SIGN:

SPN #: 02331560

DATE: FEBRUARY 4TH, 2015

ES-0085-01-07

**HARRIS COUNTY SHERIFF'S OFFICE JAIL**

Name: KWARENG, Michael
SPN: 02331560 Cell: 6M1
Street: 701 NORTH SAN JACINTO

HOUSTON, TEXAS 77002

RECEIVED
FIRST COURT OF APPEALS
HOUSTON, TEXAS

FEB - 9 2015

CHRISTOPHER A. PRINE
CLERK

77002200601

NORTH HOUSTON TX 77?

06 FEB 2015 PM 7 L

CHRISTOPHER A. PRINE
CLERK, FIRST COURT OF APPEALS
301 FANNIN STREET, ROOM 208
HOUSTON, TEXAS 77002-2006